**FILED**

OCT 1 8 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 1 2 2007

FILED
CLERK'S OFFICE

07C 5948

07cv5948

JUDGE BUCKLO

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: MCDONALD'S FRENCH FRIES LITIGATION

R. Todd Merriott, et al. v. McDonald's Corp., et al.,   )
W.D. Missouri, C.A. No. 4:07-616                         )

MDL No. 1784

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER
### AND VACATING THE NOVEMBER 29, 2007, HEARING SESSION

A conditional transfer order was filed in this action (*Merriott*) on September 6, 2007. Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in *Merriott* filed a notice of opposition to the proposed transfer. Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-4" filed on September 6, 2007, is LIFTED. The action is transferred to the Northern District of Illinois for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Elaine E. Bucklo.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on October 12, 2007, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

OCT 1 2 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

INVOLVED COUNSEL
DOCKET NO. 1784
IN RE: MCDONALD'S FRENCH FRIES LITIGATION

Daniel A. Edelman
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street, 18th Floor
Chicago, IL 60603

Laura C. Fey
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613

Scott B. Hall
Humphrey, Farrington & McClain, P.C.
221 West Lexington
Suite 400
P.O. Box 900
Independence, MO 64051

Jordan L. Lurie
Weiss & Lurie
10940 Wilshire Blvd., 23rd Floor
Los Angeles, CA 90024

Thomas E. Pakenas
Dale & Pakenas
641 Lake Street, Suite 400
Chicago, IL 60661

Michael S. Shipwash
Law Office of Michael S. Shipwash
9040 Executive Park, Suite 315
Knoxville, TN 37923

Geoffrey A. Vance
McDermott, Will & Emery, LLP
227 W. Monroe Street, Suite 4400
Chicago, IL 60606

Edward Herbert Zebersky
Zebersky & Payne, LLP
4000 Hollywood Boulevard
Suite 675 South
Hollywood, FL 33021

Christopher M. Murphy
McDermott Will & Emery, LLP
227 West Monroe Street
Suite 4400
Chicago, IL 60606